1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER THOMAS DEFELICE,<br><br>Defendant. | Case No. 20cr2454-GPC<br><br>AMENDED ORDER<br>OF CRIMINAL FORFEITURE<br><br>[ECF No. 77] |

Based upon the Government's Motion for an Amended Order of Criminal Forfeiture and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is granted as set forth below.

On April 3, 2023, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title, and interest of CHRISTOPHER THOMAS DEFELICE ("Defendant") in the following properties pursuant to 21 U.S.C. §§ 853(a)(1) and 853(a)(2):

    a.  One (1) Dell computer tower, service tag #DXZ1FB2;

    b.  One (1) Lenovo P500 laptop, SN: CB19731899;

    c.  One (1) My Passport Ultra external hard drive, SN: SNWXK1AC51VJR;

    d.  One (1) Red iPhone IMEI: 352976099151446;

    e.  One (1) Verizon Wireless tablet model QMV7A;

    f.  One (1) ITEL Phone model it1508, SN: F972; IMEI: 355261230221276;

g.  One (1) black iPhone, IMEI: 357207098961980;

h.  One (1) black iPhone; IMEI: 353808080243552;

i.  One (1) black ZTE cellphone, model Z660G, IMEI: 352492041930366;

j.  One (1) silver/white iPhone, IMEI: 352048074938419;

k.  One (1) silver white iPad, SN: DMPPF268G5WR;

l.  One (1) Fujitsu LifeBook laptop, SN: 490554-j01b0603865;

m. Two (2) digital scales;

n.  One (1) heat sealer

o.  One (1) silver chain

p.  One (1) black electric bike.

For thirty (30) consecutive days ending on July 7, 2023, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the specific properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. §853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the specific properties.

There were no potential third parties known to the United States to have alleged an interest in the forfeited properties; therefore no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication and no third party has made a claim to or declared any interest in the forfeited specific properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of CHRISTOPHER THOMAS DEFELICE and any and all third parties in the following properties are

hereby condemned, forfeited and vested in the United States of America pursuant to 21 U.S.C. §§ 853(a)(1) and 853(a)(2):

    a.  One (1) Dell computer tower, service tag #DXZ1FB2;

    b.  One (1) Lenovo P500 laptop, SN: CB19731899;

    c.  One (1) My Passport Ultra external hard drive, SN: SNWXK1AC51VJR;

    d.  One (1) Red iPhone IMEI: 352976099151446;

    e.  One (1) Verizon Wireless tablet model QMV7A;

    f.  One (1) ITEL Phone model it1508, SN: F972; IMEI: 355261230221276;

    g.  One (1) black iPhone, IMEI: 357207098961980;

    h.  One (1) black iPhone; IMEI: 353808080243552;

    i.  One (1) black ZTE cellphone, model Z660G, IMEI: 352492041930366;

    j.  One (1) silver/white iPhone, IMEI: 352048074938419;

    k.  One (1) silver white iPad, SN: DMPPF268G5WR;

    l.  One (1) Fujitsu LifeBook laptop, SN: 490554-j01b0603865;

    m. Two (2) digital scales;

    n.  One (1) heat sealer

    o.  One (1) silver chain

    p.  One (1) black electric bike.

IT IS FURTHER ORDERED that costs incurred by the United States Postal Inspection Service and any other governmental agencies which were incident to the seizure, custody and storage of the property be the first charged against the forfeited property.

IT IS FURTHER ORDERED that the United States Postal Inspection dispose of the property forthwith in accordance with the law.

**IT IS SO ORDERED.**

1

Dated:  January 11, 2024

2

Hon. Gonzalo P. Curiel
United States District Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28